**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Izouris Palacios,<br>Petitioner,<br>v.<br>Pamela Bondi, et al.,<br>Respondents. | No. CV-26-01631-PHX-DJH (JFM)<br>**ORDER** |

This matter is before the Court upon its own review. On March 9, 2026, Petitioner filed the instant action under 28 U.S.C. § 2241 challenging his immigration detention pursuant to the Due Process Clause of the Fifth Amendment. (Doc. 1.) On March 11, 2026, the District Court ordered Respondents to respond to Petitioner's Petition. (Doc. 3.) Respondents filed a Response on March 18, 2026, wherein they reference Petitioner's appeal before the Board of Immigration Appeals ("BIA"). (Doc. 7.) As of today's date, the Department of Justice Executive Office for Immigration Review Automated Case Information system does not list Petitioner having an appeal before the BIA. Therefore, the Court shall order Respondents to file a status report regarding Petitioner and whether his appeal remains pending before the BIA.

Accordingly,

**IT IS ORDERED** that Respondents must submit a status report no later than **5:00 PM** on **October 6, 2026**, advising as to the status of Petitioner's appeal before the BIA. The Clerk of Court is kindly directed to immediately transmit by email a copy of this Order

to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 30th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge